**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jesus Lorenzo CONTRERAS,**
**Defendant–Appellant.**

No. 09–50437
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 12, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Vivek Grover, El Paso, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jesus Lorenzo Contreras raises constitutional challenges to the imposition of a mandatory minimum sentence under 21 U.S.C. §§ 841 and 851 based on a prior conviction. As he concedes, his arguments are foreclosed by *United States v. Keith,* 230 F.3d 784, 787 (5th Cir.2000), and *United States v. Doggett,* 230 F.3d 160, 166 (5th Cir.2000), as well as by *Almendarez–Torres v. United States,* 523 U.S. 224, 243–47, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.